# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON D. WILLIAMS Et. AL<br>[Complainant/affiants] | ✷ | CAUSE NO. 9:23cv139 |
| | ✷ | |
| VS. | ✷ | |
| BALDEN POLK Et. AL<br>[Complainee/Criminal actors] | ✷ | |

## BRANDON DESHAWN WILLIAMS, COMPLAINT AFFIDAVIT REQUESTING TO BRING CRIMINAL CHARGES AGAINST THE WARDEN BALDEN POLK, HEAD DIRECTOR OF T.D.C.J S.Gt CARNEY, S.Gt MELTON AND ALL KNOWING ACTORS.

TO THE HONORABLE AUTHORITIES:

Come now, Brandon Deshawn Williams, complaining witness and hereafter complainant prose with this his official complaint-affidavit seeking that action be undertaking on his behalf and emergency intervention to interfere with crime on-going and with all effort witness protection of witness complaint.

## COMPLAINANT BRANDON D. WILLIAMS OFFICIAL AFFIDAVIT WITNESS STATEMENT AND MOTION ON MOVING STATE OF TEXAS AND UNITED STATES AUTHORITIES TO BRING CRIMINAL ACTIONS/CHARGES AND EFFECTIVE REDRESS OF HIS CITIED GRIEVANCES.

UNSWORN DECLARATORY STATEMENTS OF THE HISTORICAL FACTS UNDERLYING PRESENT MATTER.

I, Brandon Deshawn Williams, swears and declares under the penalty of perjury that I have addressed the following issues to the best of my knowledge: That I have addressed the following issues to the senior Warden Balden Polk by I-60 and haven't receive any response from him concerning my I-60. I have addressed grievances notifing the Warden of a near life and death experience that resulted from the same issues on the unit, and now these knowing and intentional acts are constantly on-going.

On the 2 June 2021, I nearly died in my cell on the floor where it was noted I was unresponsive. The administration were retaliateing against me for writing grievances and for exercising my rights to access court and public officials, by using [governmental techology] to produce heat/eletrical currents upon my body to harass and torture me. I nearly died on my cell floor June 2 from what felt like my nervous system were being fried out, when two S.gt "Officer Carney and Officer Melton" enter my cell on there own account. while S.Gt Carney deliver several kicks upon my body, while the other seemingly watch. I was wrongfully left on the floor to fend for myself, with a wet towle on my head to keep me cool without either S.Gt properly supervising me medical attention when I was noted to be unresponsive.

I further swear that the following here after is true and correct. That I have addressed serval I-60's requesting the medical department at the Gib Lewis unit for MRI to gain the neccesary evidence to prove the tissue damage for the exhibition of court, and now Im under the direct belief and impression that they are too conspireing with the wardens to cover there actions by denying me MRI/CATSCAN to gather evidence to prove facts in court, when I have repeatedly warn them of the possible undected damage to a life & death experience I have endured. (see) I-60's and grievances on file concerning this issue.

The administration of Gib Lewis have illegally undercuted all my legal out going mail box to further intimidate me from accessing courts and exercising my rights. (see): grievances on file. These actions both violate federal and state of Texas crimes under torture, Genocide, and conspiracy and im requesting full Prosecution and that action be made to contact corporate leaders via court order by judge to shut down or discontinue service of state device in the intrest of justice and the preservation of my genral welfare, personal welfare during the course of this case.

## SIMILAR CASES IN COMPARISON

Just recently the D.O.J found unconstitutional conditions for mentally ill prisoner in soltary massachusett experiments with monitoring gadget by Kevin Bliss and Kieth Sanders (legal Prison news).

Six months after the department of Justice issued a highly critical report accussing the massachusetts department of Corrections (MADOC) of violating the constitutional rights of mental ill prisoners by holding them in isolation too long, the agency has not made conditions any less stressful. Instead it signed a contract on may 5, 202 for monitor braclets to keep tabs on their vital sign.

The device, called the Custody Project by manufactuer 4 sight, works like a fitbit to track a person heart rate and breathing, reporting the data in real time to M.A.D.O.C. The agency is apparently the first in the U.S. to test a monitoring device specifically to Prevent Prisoners from self harm. Left addressed is a big facto underlying stress - the experieces of isolation. (See: Leaders of a Beautiful Struggle v. Balt. Police Dep't, 2 F.4 330; Genedics, LLC v. Meta Co., 2018 U.S. Dist. LEXIS 141495; Tour Tech. Software, Inc. v. ATV, Inc., 377 F. Supp. 3d 195;

This court has rule against the eight amendment exessive force claim by an offender See: Morris v. Trevino. 301 F. APP X 310, 315 (5th cir 2008). Aswell as equal protection claim by an offender under Johnson v. Johnson 385 F. 3d 503, 532 (5th cir 2004). The United States has recognized prohibit practices that violate generally accepted human rights standards such as torture Filartiga V.Pena-Irala 630 F.2d 876 (2nd cir 1980).

These said Persons but are not limited to the followings are conspiring against me and are violating m human / fundamentally Protected Constitution rights under the eight and 14th amend by useing [governmental technology] [monitor device] to inhibit my body and allow me to be monitor, harass, sexual harass, sexual assaulted, torture, ect. And is currently being used to stop and intimidate me from manageing the business Perscribed in my ITP in order to go home. As well as were there has been failure to secure within the Texas Department of Criminal Justice system as a ward of the state.

Further more, I, Brandon Williams (complainant) have been sexually assaulted, sexually harassed, and tortured over and over (24 months in count) which has been on going since the Gib Lewis unit, Jordan unit, and now the Bill Clements, in variation when ever they feel, Some times more, but at least 18 x (times a day (and is still on-going), especially since their are four different variables operateing this device, were if not done so, the act of my appeal, ITP, and mental / physical health would be different.

## IM UNDER DIRECT BELIEF AND KNOWLEDGE

Im under direct belief that Heather Glover to be warden is the leader behind this operation due to witness and other inmate statements (during my stay at the Gib Lewis unit). And know full where about of names of persons operateing device.

That at the very moment there are the unit persons in the Woodville community who she Heather Glove knows using this device against me as was before explained above [Persons employed] [not in the state of Texas]. [not the system].

That these individuals are male homosexuals, racist, and terroristic drug users.

That Officer "Phillips", Officer "Marshall" and Officer "Howard", "Harper and s.gt courts at the time played a role in the crimes.

Direct belief and knowledge that the State (O.I.G) on the unit conspire to cover their actions, since I have notified him more than once of such crimes taking place at the [Gib Lewis unit].

Im under the direct belief that these technological companies (corporate owners of corporate companies stated herein and alike) knew or should've known, that such technology clearly violated rights to privacy, seizure as well as regulated human rights, and others provided by law. And thereby conspired against humanity from the beginning, and if haven't done so the substanial harm in this case, would have been different. do to the nature of such devices which has became a custom and practice within the United States of America. due to there creation. [Companies like Palantir, LEO Technologies, Pre Pol, and alike]. [Which are/would show to be apart of the general R.I.C.O. base activities to conspire against human and Constitutional rights.].

I am made direct aware and knowledge that this device were created by companies like "Tarantir", "LED Technolog-es, and Pre Pol. And requesting the corporate owners who created and create like devices be held in this [accountable] for (Conspiracy against rights, Privacy & seizure Knowingly). (base off the nature of this device were I was denied of the Possibilities).

## WITNESS NOT DEFENDANTS

Officer "Summers", "Flower", "Caudle", "Racketty", "Florez", "Adam", "Robison", "Lane", "Trailer", "Bean", "Pettis", and safe prison Officer Johnson at time of these events has witness to these crimes and know full detail of victimization.

Inmates Guerra Johnathan Lynn S.P.N#1656725, Jevon M. Williams #2072011, Blacke Welch #2068056, Felipe Gmusquiz #2101165, who were but are not limited to the following inmates.

Jamar G. Edwards inmate at the time did bear witness to oppression/victimization in full form and can attest to such crimes from his perspective. (979-943-0823 Personal information).

S.Gt "Houdini" at the time of these events at the Gib Lewis unit, who inform me it was "Heather Glover" who was the cause of these actions against me in the medical department.

Hubert J. Antone is another eye witness circumstantial evidence revoling around events (#337-499-5002).

## THE EVIDENCE IN SUPPORT

Let the evidence be shown but not limited to the following see: Camera footage on June 2, 2021 upon the Second shift around 1:00 p.m. count within the Gib Lewis unit located in G-wing 218 cell - where I nearly died on my cell floor June 2 from what felt like my nervous system were being fried out, when two s.gt officers "Carney", and Officer "Melton" enter into my cell on there own account while S.Gt "Carney" delivered sevral kicks upon my body while the other s.gt seemingly watched. I was noted unresponsive. (see): Further camera footage of June 2, 2021 where I was struck by and inhibited [by the above said device] to the table while reading a history book "When the world was Black" where the camera showed me having complications and relief giving only when placing the book down over and over. Clearly showing racist intent, after realizing this I was then nearly struck down by a energetic force (vibration) while walking up the stairs (struggling) to my cell where I was later that night solemnly struck down by the same sensation continuously until I passed out and what was and felt like a near death experience. Also within the same week (see): conversation with Johnathan Lynn Guerrera S.P.N#1656725, within G-wing at the day room bench who acknowledge my situation without me speaking and said that he was going through the same thing and that I "should go into the cold shower" because that is what he "do when they are harassing" him. He also inform me that Heather Glover is behind it. (see) Camera footage of conversation and if possible audio. which is preserve within Huntsville hard drive system. (And with the rest of the camera footages).

(see): All grievances on file, pursuant to an on-going criminal conspiracy to intimidate me against my rights.

(see): The background history and records of all criminal/civil actions filed against each defendant to show that these actions are apart of there general everyday R.I.C.O. based activities.

(see): All medical I-60's and grievances on file where I complain about these incidents/and were denied assitances at the Gib Lewis unit.

(see): The employment roster and parking lot cameras to be reviewed at the Gib Lewis unit to trace car licence plate and idenity of routine appearences of the non-employed persons without documented purpose/suspected four white male - homosexuals and of the following identification. Consistantly through June 2, 2021 - Jan 31, 2022. To finally see there non-appearence on the unit... These particular persons could be proven to be main persons of long term operator of this/these devices. In proof of there further continuence off the unit. As well as shown to carry such device off the unit. (see): Also camera footage of officer lounge pre-dateing around the same time frame of June 2, 2021 - Jan 31, 2022, for idenity of these individuals, and the mail room as well. [Suspect 1:] Idenity: White, Bald, heavy, tall male homosexual; Suspect 2:) Idenity: White, short, heavy, small slump shoulder, male homosexual; Suspect 3): White, skinny, blond hair, male homosexual; Suspect 4: White, skinny, dark hair, male homosexual, were these individuals are usually seen close together.

(See): *Note*: During the course of writing this grievance, and being duressed by the victimizers of such device I mistakeingly idenified the cameras as technological threat that was been used against me instead of governmental technology, but do not limitate them from being accessory gadgery to previous said device, or the only element that was used, as biometrics installation used to support other [contrivances] as stated in grievance.

(see): Policy and customs of all corporate companies regulateing these type of devices.

(see): Officers under title witness not defendant, who could attest to the criminal nature of devices to violate human rights, right to Privacy, Constitutional rights, ect. (from the experience of my situation).

all notifications under name Brandon D. Williams S.P.N.#2093067, to Huntsville and PREA Obunsman authorities on file, by letters, emails, or complaints Directly by secondary Party. (see): Sister Yolanda and Tam Personal information to verify messages sent. Yolanda: (901)-359-5203; Sister Tam(901)-412-4004 of these matters, and if was rectified by them, the Present harm and out come of my current condition would had been different, as a ward of the State of Texas department of criminal Justice, thereby the on-going conditions they have failed to secure and safe-guard equally, as other citizens my well being in the justice system, and deprived of the equal Protection of the laws, and the Possibilities thereof, if these occurrence haven't happened.

## CONSPIRACY TO VIOLATE § 241 CONSPIRACY AGAINST RIGHTS

On or the 3rd day of June, 2021, about _____, I notified the head warden of this issue (via I-60) at the Gib Lewis unit, and as well as serval others through out the course of time, and thus nothing has changed. These now knowing and intentional criminal acts violate:

A.) Title 18 U.S.C. Torture.
B.) Title 18 U.S.C. Genocide.
C.) Conspiracy against right in violation of § 241 Title 18 U.S.A.
D.) Deprivation of rights under color of state in violation of 242 Title 18 U.S.C.
E.) Official Oppression T.C.C.P.
F.) Neglect of Duty T.C.C.P.

by violateing my following rights maliciously, and wantonly; [Invidiously]

A.) United States Constitution: 8 amend U.S.C.A; 14th Amend. U.S.C.A; 1 Amend U.S.C.A; IV amend right against Privacy & Seizure; ect;
B.) Human right article 1, 2, 3, 5, 7, 9, 12, and article 21 (2);
C.) Civil Rights under § 1981;
D.) Art 133 Texas Constitution;
E.) Civil rights under § 1985;

by way of committing the conduct prohibited by the criminal statutes above.

## TITLE REQUESTMENTS

Complainant Brandon D. Williams, official affidavit/Complaint requesting to bring charges and effective redress for his cited grievances, and humbly requesting that action be made by the court, to do fact finding / to Contact corporate leaders via order by Judge, to shut down or dis-continue service of state device being used against me, in the intrest of justice and the conservation of peace. And to grant any other relief this honorable Court deem fit.

UNSWORN DECLARATION IN SUPPORT OF CRIMINAL COMPLAINT AND BRING CHARGES.
T.D.C.J S.P.N #2093067

I, Brandon D. Williams, hereby swear, and declares under the Penalty of Perjury, Pursuant to chapter 132 Texas Civil Practice and remedies code, and § Title 42 U.S.C. that the facts I've alleged herein are true and correct to my knowledge, and I by my signature and date of this instrument attest to my signature and date of this instrument and to my truthfulness of allegations whatsoever herein made.

Printed Name (of affiant): Brandon Deshawn Williams T.D.C.J. # 2093067

Date signed: 7/2/2023 ;

/S/ Brandon Williams

Brandon Williams #2093067
9601 Spur 591
Amarillo, TX 79107-9606

(Legal)

CERTIFIED MAIL

7022 2410 0001 2005 6268

CLERK U.S. DISTRICT COURT
RECEIVED
AUG 10 2023
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901



