| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRANDON D. WILLIAMS,

    Plaintiff,

versus          CIVIL ACTION NO. 9:23-CV-139

BALDEN POLK, et al.,

    Defendants.

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Brandon D. Williams, proceeding *pro se*, filed this civil rights lawsuit against Balden Polk, Sergeant Carney and Sergeant Melton. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claim against defendant Polk be dismissed for failure to state a claim upon which relief may be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#7) is **ADOPTED**. The claim against defendant Polk is **DISMISSED** for failure to state a claim upon which relief may be granted.

SIGNED at Beaumont, Texas, this 8th day of December, 2025.

                                           _____
                                           MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE