| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRANDON DESHAWN WILLIAMS, §
§
　　　　Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:23-CV-139
§
AUSTIN CARNEY, *et al.*, §
§
　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　Brandon DeShawn Williams, proceeding *pro se*, filed this civil rights lawsuit against Austin Carney and Christopher Melton. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendants be granted. To date, the parties have not filed objections.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

　　Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. The motion to dismiss (#10) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

　　SIGNED at Beaumont, Texas, this 16th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE